UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HUGH A. CARITHERS and KATHERINE S. CARITHERS, as the Assignees of CRONK DUCH MILLER & ASSOCIATES, INC., CRONK DUCH ARCHITECTURE, LLC, CRONK DUCH CRAFTSMAN, CRONK DUCH PARTNERS, LLC, CRONK DUCH HOLDINGS, INC., and JOSEPH S. CRONK,

CASE NO: 3:16-cv-00988-TJC-MCR

      Plaintiffs,

vs.

MID-CONTINENT CASUALTY COMPANY,

      Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

      Defendant, Mid-Continent Casualty Company, by undersigned counsel, hereby discloses the following pursuant to Fed. R. Civ. P. 26(a)(1)(A) and Local Rule 3.05(d), of the Local Rules for the Middle District of Florida:

      **1)**    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

      Mid-Continent Casualty Company, Great American Holding, Inc., American Financial Group, Inc., Ronald L. Kammer, Esq., Pedro E. Hernandez, Esq., Samantha S. Rhayem, Esq., and Hinshaw & Culbertson, LLP;

      Hugh A. Carithers, Katherine S. Carithers, Mark A. Boyle, Esq., Alexander L. Brockmeyer, Esq., Boyle & Leonard, P.A., R. Hugh Lumpkin, Esq., Jason S. Mazer, Esq., Matthew B. Weaver, Esq., and Ver Ploeg & Lumpkin, P.A.;

      Cronk Duch Miller & Associates, Inc., Cronk Duch Holdings, Inc., Lillian H. Giggey, Joseph S. Cronk, Clifford G. Duch, Jon C. Mazzoli, Cronk Duch

Architecture, LLC, Clifford G. Duch, LLC, Longvue Partners, LLC, Cronk Duch Craftsmen, LLC, Patricia F. Cronk, and Cronk Duch Partners, LLC;

Robert A. Heekin, Jr., Esq., Thames Markey & Heekin, P.A., Robert Warren, Esq., and Law Offices of Robert E. Warren.

**2)** the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Mid-Continent Casualty Company is owned by Great American Holding, Inc. Both entities are owned by American Financial Group, Inc. (AFG), a holding company.

**3)** the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

**4)** the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Not applicable. This is a declaratory judgment action.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: September 8, 2016.

...

CASE NO. 3:16-cv-00988-TJC-MCR

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 8, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I am unaware of any non-CM/ECF participants.

HINSHAW & CULBERTSON LLP

*/s/ Pedro E. Hernandez*
Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com
Pedro E. Hernandez
Florida Bar No. 30365
phernandez@hinshawlaw.com
Samantha S. Rhayem
Florida Bar No. 111669
srhayem@hinshawlaw.com
2525 Ponce de Leon Boulevard, 4th Floor
Miami, FL  33134
Telephone: 305-358-7747
Facsimile: 305-577-1063

*Counsel for Mid-Continent Casualty Company*